SCHLEICHER COMMUNITY
CORRECTIONS CENTER
INC., Appellant,

v.

John D. ASHCROFT, Attorney General
of the United States, Appellee.

No. 03–1371.

United States Court of Appeals,
Federal Circuit.

May 4, 2004.

Jane W. Vanneman, Principal Attorney, David M. Cohen, of Counsel, William Robinson, of Counsel, Department of Justice, Washington, DC, for Appellee.

Gilbert J. Ginsburg, Principal Attorney, Washington, DC, for Appellant.

Before CLEVENGER, RADER, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.